TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-0142
    E-mail: Brent.Whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-CV-00840 |
| Plaintiff, | VERIFIED COMPLAINT FOR FORFEITURE |
| v. | 21 U.S.C. § 881(a)(6) |
| $49,739.00 IN U.S. CURRENCY, | [FBI] |
| Defendant. | |

Plaintiff United States of America brings this claim against the defendant $49,739.00 in U.S. Currency, and alleges as follows:

JURISDICTION AND VENUE

1. This is an in rem civil forfeiture action brought pursuant to 21 U.S.C. § 881(a)(6).

2. This Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395.

## PERSONS AND ENTITIES

4. The plaintiff in this action is the United States of America.

5. The defendant in this action is $49,739.00 in U.S. Currency (the "defendant currency"), seized during a traffic stop on March 5, 2020 from a 2019 Mercedes-Benz, VIN WDDZF4JB3KA633544 driven by Wajeeha Shakeel ("Shakeel"), registered to Daimler Trust LSR, with Muhammad Shakeel as the lessor, and in which Syed Jawaid ("Jawaid") was a passenger ("Mercedes-Benz" or "vehicle").  The stop took place near 3280 East Foothill Boulevard, Pasadena, California.

6. The defendant currency is currently in the custody of the United States Marshals Service in this District, where it will remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Shakeel, Muhammad Shakeel and Jawaid may be adversely affected by these proceedings.

## BASIS FOR FORFEITURE

8. On March 5, 2020, officers of the Orange County Regional Narcotics Suppression Program ("RNSP") conducted surveillance of a residence in Temple City, California[1] as part of an on-going investigation into the illegal narcotic sale, transportation and money laundering activities of a drug trafficking organization ("DTO") operating in Los Angeles County.  At approximately 10:30 a.m. RNSP officers saw the Mercedes-Benz park in front of the residence in

---

[1] Pursuant to Local Rule 5.2-1, only the city and state of the residence address has been set forth in this Complaint.

2

Temple City California.  An unknown male, later identified as Jawaid, exited the front passenger side of the Mercedes-Benz.  Officers watched Jawaid walk to the trunk of the Mercedes-Benz and remove a large weighted, squared off, black colored canvas reusable grocery bag.

9.   The garage doors had opened upon arrival of the Mercedes-Benz and Jawaid carried the weighted bag into the residence through the open garage entrance.  The garage doors closed once Jawaid entered.

10.   After a few minutes, the garage doors opened and Jawaid exited the garage holding the same weighted bag which appeared to be three quarters full and was no longer squared off.  Jawaid placed the black bag back in the trunk of the Mercedes-Benz and returned to the front passenger seat of the vehicle.  Parties involved in narcotics trafficking and/or money laundering activities typically transport illicit contraband inside similar reusable grocery bags in an attempt to elude detection from law enforcement and to mitigate theft from other narcotic trafficking organizations.  The Mercedes-Benz then left the area followed by a mobile RNSP surveillance unit.

11.   Later the same day, at approximately 4:35 p.m., Arcadia Police Department ("APD") Officer Robles initiated a traffic stop of the Mercedes-Benz for numerous traffic violations near East Foothill Boulevard and Sierra Madre Villa Ave.  The driver of the Mercedes-Benz yielded near 3280 East Foothill Boulevard, Pasadena, California.  Officer Robles requested the assistance of a canine unit to carry out an open-air sniff on the Mercedes-Benz.

12. Officer D. Velasquez from the Pasadena Police Department ("PPD") responded to the request for a canine unit and arrived in a marked police K-9 vehicle with K-9 partner "Edo" to carry out a narcotics open-air sniff of the exterior of the Mercedes-Benz. When Officer D. Velasquez arrived, Shakeel and Jawaid were standing outside of the Mercedes-Benz. Officer D. Velasquez asked Shakeel if there were any illegal weapons or narcotics inside the Mercedes-Benz, to which Shakeel responded "no." Shakeel gave verbal consent to a exterior sniff of the Mercedes-Benz with Edo.

13. Edo is a four-year-old Belgian Malinois that is trained to detect the scent emanating from narcotics. Officer D. Velasquez and Edo were certified as a narcotics detection team in October 2019. Officer D. Velasquez and Edo have over 240 hours of narcotics detection training. Edo is trained to detect the odor that emanates from cocaine, methamphetamine, heroin and their derivatives. When Edo detects the scent of the odor emanating from narcotics, Edo alerts by scratching, sniffing intensely, barking or sitting followed by a stare at the origin of the odor.

14. Edo sniffed at the front of the vehicle and worked a counterclockwise search pattern while on a leash. Edo began pulling towards the open front driver door and sniffed intensely. Edo then sat and stared inside the vehicle indicating a positive alert to the odor of narcotics. K-9 Edo continued to search the exterior of the vehicle and walked towards the rear of the vehicle. While at the rear of the vehicle, Edo sniffed intensely near the trunk lid and passenger side taillight area and showed a behavior change that is a positive alert to the odor of narcotics. K-9 Edo continued to sniff

along the passenger side of the vehicle, and at that time Edo stopped and sniffed intensely to an open window on the front passenger door. K-9 Edo then sat, stared and began barking indicating his positive alert to the odor of narcotics.

15. Edo continued to sniff around the front of the vehicle and back towards the open front driver door. Edo jumped inside the vehicle and began searching the front driver and passenger compartment area. Edo sniffed intensely as he climbed into the front passenger seat and sniffed the dash/glove box and floorboard area where Edo immediately sat and stared indicating his positive alert to the odor of narcotics.

16. RNSP Officer I. Velasquez and RNSP Sergeant Mraz arrived at the scene of the traffic investigation where PPD K-9 Officer D. Velasquez told the officers that a positive dog alert triggered a probable cause search of the Mercedes-Benz. During the probable cause search, Officer D. Velasquez found a large quantity of U.S. Currency, first in the glove box (*i.e.*, a portion of the defendant currency), and then in a black canvas reusable grocery bag in the trunk (*i.e.*, the remainder of the defendant currency). Officer D. Velasquez advised the RNSP officers that upon discovery of the currency, Officer D. Velasquez stopped any further search of the glovebox and the trunk to leave the currency undisturbed. The RNSP officers examined the bag inside the trunk and confirmed that it appeared to be the same bag that Jawaid was seen carrying from the Temple City residence that morning.

17. RNSP Officer I. Velasquez approached Jawaid and visually confirmed that Jawaid was the same person seen carrying the same

weighted bag into and out from the attached garage entrance at the Temple City residence. RNSP Officer I. Velasquez proceeded to ask Jawaid questions from RNSP's Asset Forfeiture Questionnaire.

18. After an initially uncooperative period, Jawaid answered questions on the questionnaire. Jawaid claimed the currency belonged to him and said the currency was earned through an electronics equipment business Jawaid owns called Honorable Electronics and that Jawaid had just sold some electronic products in Rosemead.[2] Jawaid claimed Honorable Electronics filed business taxes for the revenue and that Honorable Electronics generated $200,000.00. Jawaid said the currency came from Honorable Electronics business activity.

19. RNSP Officer I. Velasquez noted in the report that narcotic traffickers and/or money launderers, commonly launder money by means of buying and selling products including, but not limited to electronics. Moreover, these products are commonly obtained illegally and commonly do not have a way to trace the product, such as serial numbers of the electronics on receipts as may occur when these are purchased through legitimate means.

20. RNSP Officer I. Velasquez approached Shakeel to ask Shakeel questions from RNSP's Asset Forfeiture Questionnaire. After an initially uncooperative period, Shakeel said she does finance work at the University of Southern California. Shakeel stated the currency in the vehicle belonged to Jawaid and that the currency was earned through Jawaid's business. Shakeel stated they planned to deposit

---

[2] A business entity search on the California secretary of state website shows that on October 17, 2017, Jawaid filed a registration for Honorable Electronics, LLC with a business address of 150 Crabapple Drive, Pomona, CA 91767, and filed an updated State of Information on February 24, 2020.

6

the money into the business bank account.  Shakeel added that the Mercedes-Benz Shakeel drove belonged to Shakeel's father (Muhammad Shakeel).

## CLAIM FOR RELIEF

21.  Based on the above, plaintiff alleges that the defendant currency represents or is traceable to proceeds of illegal narcotic trafficking or was intended to be used in one or more exchanges for a controlled substance or listed chemical, in violation of 21 U.S.C. § 841 *et seq*.  The defendant currency is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

///

///

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the defendant currency;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c) that this Court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

DATED: January 29, 2021

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Division


    /s/ *Brent A. Whittlesey*
BRENT A. WHITTLESEY
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## VERIFICATION

I, David C. Shea that:

1. I am a Special Agent of the Federal Bureau of Investigation.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Verified Complaint for Forfeiture is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 27, 2021 in Ventura, California.

DAVID C. SHEA
Special Agent,
Federal Bureau of Investigation