JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>$49,739.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | NO. 2:21-cv-00840-RGK (PLAx)<br><br>[~~PROPOSED~~]<br>ORDER DISMISSING ACTION<br><br>[32] |
| SYED MUHAMMED BAKHTAVAR JAWAID,<br><br>　　　　Claimant. | |

///

///

Pursuant to the stipulation between plaintiff United States of America and claimant Syed Muhammed Bakhtavar Jawaid, and good cause appearing therefor, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41.

Each party shall bear its own costs and attorney fees.

Dated: 2/10/2022

_____
THE HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/James E. Dochterman
JAMES E. DOCHTERMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2